UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,

- against-

ADELPHIA COMMUNICATIONS CORP, et al.,

                 Defendants.

------------------------------------------------------------------- x

02 Civ. 5776 (PKC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-09

## ORDER DIRECTING DISBURSEMENT OF FUNDS TO PAY TAX ADMINISTRATOR'S FEES AND EXPENSES

The Court, having considered the Declaration of Jude P. Damasco, Tax Administrator, dated March 16, 2009 and for good cause shown,

**IT IS HEREBY ORDERED**, that the Clerk of the Court for the United States District Court for the Southern District of New York ("Clerk of Court") shall request a transfer from the SEC vs. Adelphia Communications Corp., et al. Settlement Fund on deposit in CRIS, CRIS account no. 1:02-5776, in the amount of $3,689.60, payable to "Damasco & Associates, LLP"; and it is further

**ORDERED**, that a representative of Clerk of Court shall mail the check to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019

Dated: New York, New York
      3-19, 2009

_____
United States District Judge