UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,

   - against-

ADELPHIA COMMUNICATIONS CORP, et al.,

                       Defendants.

-------------------------------------------------------------------- x

02 Civ. 5776 (PKC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2010

### ORDER DIRECTING DISBURSEMENT OF
### FUNDS TO PAY TAX ADMINISTRATOR'S FEES AND EXPENSES

The Court, having considered the Declaration of Jude P. Damasco, Tax Administrator, dated April 29, 2010, and for good cause shown,

**IT IS HEREBY ORDERED**, that the Clerk of the Court for the United States District Court for the Southern District of New York ("Clerk of Court") shall request a transfer from the SEC vs. Adelphia Communications Corp., et al. Settlement Fund on deposit in CRIS, CRIS account no. 1:02-5776, in the amount of $570.87 payable to "Damasco & Associates, LLP"; and it is further

**ORDERED**, that a representative of Clerk of Court shall mail the check to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019

Dated: New York, New York
       6-22, 2010

_____
United States District Judge