UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,                    :

                    Plaintiff,                    :

       - against-                    :          02 Civ. 5776 (PKC)

ADELPHIA COMMUNICATIONS CORP, et al.,                    :

             Defendants.                    :

-------------------------------------------------------------------- x

**ORDER DIRECTING DISBURSEMENT OF
FUNDS TO PAY TAX ADMINISTRATOR'S FEES AND EXPENSES**

The Court, having considered the Declaration of Jude P. Damasco, Tax

Administrator, dated March 16, 2012, and for good cause shown,

**IT IS HEREBY ORDERED**, that the Clerk of the Court for the United States

District Court for the Southern District of New York ("Clerk of Court") shall request a

transfer from the SEC vs. Adelphia Communications Corp., et al. Settlement Fund on

deposit in CRIS, CRIS account no. 1:02-5776, in the amount of $1,749.96, payable to

"Damasco & Associates, LLP"; and it is further

**ORDERED**, that a representative of Clerk of Court shall mail the check to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019

Dated:  New York, New York
    3-28   , 2012

                                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-29-12