```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED. 4-26-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against-

ADELPHIA COMMUNICATIONS CORP, et al.,

        Defendants.
----------------------------------------------------------- x

02 Civ. 5776 (PKC)

### ORDER DIRECTING DISBURSEMENT OF FUNDS TO PAY CLAIMS AGENT'S FEES AND EXPENSES

The Court, having considered the declarations of Morgan F. Kelly, managing director and general counsel of Richard C. Breeden & Co., Inc., the Claims Agent appointed in this case, dated November 28, 2011, January 23, 2012, and February 23, 2012; and for good cause shown,

**IT IS HEREBY ORDERED**, that the Clerk of the Court for the United States District Court for the Southern District of New York ("Clerk of Court") shall request a transfer from the SEC vs. Adelphia Communications Corp., et al. Settlement Fund on deposit in CRIS, CRIS account no. 1:02-5776, in the amount of $27,292.80 payable to "RCB Fund Services, LLC"; and it is further

**ORDERED**, that a representative of Clerk of Court shall mail the check to:

RCB Fund Services, LLC
100 Northfield Street
Greenwich, CT 06830

Dated: New York, New York
       4-26, 2012

                                                United States District Judge