UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

- against-

ADELPHIA COMMUNICATIONS CORP, et al.,

               Defendants.

------------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-13

02 Civ. 5776 (PKC)

**ORDER DIRECTING DISBURSEMENT OF FUNDS
TO PAY CLAIMS AGENT'S FEES AND EXPENSES**

The Court, having considered the declarations of Morgan F. Kelly, managing director and general counsel of Richard C. Breeden & Co., LLC., the Claims Agent appointed in this case, dated April 19, 2012, July 30, 2012, October 23, 2012, and February 6, 2013; and for good cause shown,

    **IT IS HEREBY ORDERED**, that Richard C. Breeden & Co., LLC's fees and expenses in the amount of $58,795.64 incurred in its capacity as Claims Agent in this case are hereby approved; and

    **IT IS FURTHER ORDERED**, that Richard C. Breeden & Co., LLC. is hereby authorized to pay itself $58,795.64 from the Settlement Fund held at Huntington National Bank.

Dated: New York, New York
       3-6, 2013

_____
United States District Judge