UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
: USDS SDNY
: DOCUMENT
: ELECTRONICALLY FILED
: DOC #: _____
: DATE FILED: 5-10-13

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against-

        02 Civ. 5776 (PKC)

ADELPHIA COMMUNICATIONS CORP, et al.,

        Defendants.

------------------------------------------------------------------- x

## ORDER AUTHORIZING PAYMENT OF CLAIMS AGENT'S AND TAX ADMINISTRATOR'S FEES AND EXPENSES

The Court, having considered the May 8, 2013 application of the Securities and Exchange Commission ("Application") for payment of the Claims Agent's and Tax Administrator's fees; and upon the April 16, 2013 declaration of Morgan F. Kelly, managing director and general counsel of Richard C. Breeden & Co., LLC, the Claims Agent appointed in this case; and for good cause shown,

**IT IS HEREBY ORDERED**, that the Application is approved; and

**IT IS FURTHER ORDERED**, that Richard C. Breeden & Co., LLC is hereby authorized to pay itself $60,080.30 from the Settlement Fund held at the Huntington National Bank for fees and expenses accrued from January 1, 2013 through March 31, 2013; and

**IT IS FURTHER ORDERED,** that Richard C. Breeden & Co., LLC is hereby authorized to pay Damasco & Associates, LLP, the Tax Administrator appointed in this case, $1,540.52 from the Settlement Fund on account of fees and expenses incurred by the Tax Administrator for tax services rendered during the period January 6,

2012 through May 22, 2012.

Dated: New York, New York
5-9-13, 2013

_____
United States District Judge

2